Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HARKIRAT SINGH SAMRA dba BILL'S SPORT & BAIT SHOP, et al.;<br><br>                    Defendants. | No. 1:22-cv-00552-DAD-BAM<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Date:         August 18, 2022<br>Time:        8:30 a.m.<br>Courtroom: 8 (6th Floor)<br><br>Magistrate Judge Barbara A. McAuliffe |

Plaintiff Darren Gilbert ("Plaintiff") hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for August 18, 2022 at 8:30 a.m. for the reasons set forth below:

1.  A clerk's default was entered against Defendant Fahmi Abdo Alsumeri ("Alsumeri") on June 22, 2022 (Dkt. 6) due to Alsumeri's failure to respond to Plaintiff's Complaint.

2.  Plaintiff effected substituted service pursuant to Fed. R. Civ. P. 4(e)(1) and California Code of Civil Procedure § 415.20(b) on Defendant Harkirat Singh Samra dba Bill's

Sport & Bait Shop ("Samra," and together with Alsumeri, "Defendants") on July 23, 2022 (Dkt. 7); thus Samra's responsive pleading is due on August 15, 2022. Samra has not yet appeared in this action.

3. Because Defendants have not appeared in the action, Plaintiff has been unable to meet and confer with Defendants or prepare a joint scheduling report, which is due on August 11, 2022.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for August 18, 2022 be continued to a date after September 16, 2022 at the Court's convenience.

Dated: August 4, 2022                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

## ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for August 18, 2022 is continued to **September 20**, **2022**, **at 9:30 AM before Magistrate Judge Barbara A. McAuliffe in Courtroom 8** of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the Conference.

IT IS SO ORDERED.

Dated:   **August 8, 2022**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE