1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   DARREN GILBERT, | No.  1:22-cv-00552-ADA-BAM |
| 12          Plaintiff, | |
| 13       v. | ORDER ADOPTING FINDINGS AND |
| 14   HARKIRAT SINGH SAMRA dba BILL'S SPORT & BAIT SHOP, et al., | RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| 15 | |
| 16          Defendants. | (ECF Nos. 19, 27) |

17          Plaintiff Darren Gilbert filed a complaint on May 6, 2022, alleging claims under the

18   Americans with Disabilities Act, California's Unruh Act, and California Health and Safety Code

19   section 19953.  (ECF No. 1 at ¶¶ 16–46.)  The Clerk of Court entered defaults against Defendant

20   Fahmi Alsumeri on June 22, 2022, and against Defendant Harkirat Singh on September 20, 2022.

21   (ECF Nos. 6, 17.)  On October 24, 2022, Plaintiff filed a motion for default judgment.  (ECF No.

22   19.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

23   636(b)(1)(B) and Local Rule 302.  On June 6, 2023, the Court adopted the Magistrate Judge's

24   findings and recommendations that recommended declining to exercise supplemental jurisdiction

25   over Plaintiff's state law claims.

26          On June 29, 2023, the Magistrate Judge issued findings and recommendations,

27   recommending that the Court grant, in part, Plaintiff's motion for default judgment.  The findings

28   and recommendations contained notice that Defendants had fourteen days within which to file

1

1    objections.  That deadline has passed, and Defendants have not filed objections or otherwise

2    contacted the Court.

3         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

4    de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that

5    the findings and recommendations are supported by the record and proper analysis.  *See Eitel v.*

6    *McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986); *PepsiCo, Inc. v. Cal. Sec. Cans*, 238 F. Supp.

7    2d 1172, 1174 (C.D. Cal. 2002).

8         Accordingly,

9    1.   The findings and recommendations issued on June 29, 2023, (ECF No. 27), are

10        adopted in full;

11   2.   Plaintiff's motion for default judgment, (ECF No. 19), is granted, in part, as to

12        Defendants Harkirat Singh Samra dba Bill's Sport & Bait Shop and Fahmi Abdo

13        Alsumeri;

14   3.   Pursuant to Federal Rule of Civil Procedure 54(b), the Court determines that there

15        is no just reason to delay entry of judgment;

16   4.   Defendants Harkirat Singh Samra dba Bill's Sport & Bait Shop and Fahmi Abdo

17        Alsumeri are found and declared to be in violation of Title III of the Americans

18        with Disabilities Act;

19   5.   Defendants Harkirat Singh Samra dba Bill's Sport & Bait Shop and Fahmi Abdo

20        Alsumeri are ordered to make the following modifications to the facility known as

21        Bill's Sports & Bait Shop, located at 2001 Crows Landing Rd, Modesto, California

22        95358, such that each item is brought into compliance with the accessibility

23        requirements of the Americans with Disabilities Act and California Code of

24        Regulations, Title 24, as follows:

25        a)   Provide a properly configured and identified designated accessible

26             parking stall with adjacent access aisle;

27        b)   Provide and maintain proper clear width of the routes of travel through

28             public areas of the interior of the facility; and

2

c)  Provide a properly configured accessible transaction counter.

6.    Judgment is entered in Plaintiff's favor and against Defendants Harkirat Singh Samra dba Bill's Sport & Bait Shop and Fahmi Abdo Alsumeri in the amount of $3,115.94, consisting of: attorney's fees in the amount of $1,620.00 (5.4 hours at $300 per hour), paralegal fees in the amount of $678.50 (5.9 hours at $115.00 per hour), and costs of suit in the amount of $817.44; and

7.    Plaintiff is ordered to mail a copy of this order to each of the Defendants at that Defendants' last known address.

IT IS SO ORDERED.

Dated:    August 30, 2023

_____
UNITED STATES DISTRICT JUDGE

3